Order entered October   𝓭𝓱     , 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00944-CV

## IN THE INTEREST OF P.E., C.E., AND S.E., CHILDREN

---

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-5399**

---

## ORDER

On October 22, 2012, this Court ordered the Dallas County District Clerk to file the clerk's record containing the documents related to appellant's affidavit of indigence and the trial court's ruling on the contest. However, the clerk's record containing those documents was filed on August 28, 2012 in cause no. 05-12-01190-CV, styled *In the Interest of P.E., C.E., and S.E., Children.* That appeal was consolidated into the above appeal on October 22, 2012. Accordingly, we **VACATE** the October 22, 2012 order to the extent it requires the District Clerk to file the record containing the documents related to the indigency proceedings.

We **DIRECT** the Clerk of this Court to transfer the clerk's record filed on August 28, 2012 in cause no. 05-12-01190-CV into the above appeal.

On October 22, 2012, we ordered court reporter Kim Allen to file the reporter's record of the hearing on appellant's affidavit of indigence. Ms. Allen notified us that Francheska Duffey,

official court reporter of the 330th Judicial District Court, recorded the indigency hearing. Accordingly, we **ORDER** court reporter Francheska Duffey to file the reporter's record of the hearing on the contest to appellant's affidavit of indigence by **5:00 p.m. on Thursday, October 25, 2012**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Francheska Duffey, Official Court Reporter, 330th Judicial District Court; the Dallas County District Clerk; and to counsel for all parties.

ELIZABETH LANG-MIERS
JUSTICE